**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6248**

_____

CECIL JEROME QUINN, JR.,

        Plaintiff - Appellant,

     v.

MARK J. HAYES; HOPE M. BLACKLEY; GAIL MOFFITT; DANIEL CUDE; JAMES CHEEKS; TREY GOWDY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior District Judge. (7:23-cv-06174-HMH)

_____

Submitted: February 20, 2025           Decided: February 25, 2025

_____

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cecil Jerome Quinn, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecil Jerome Quinn, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error. *See Shaw v. Foreman*, 59 F.4th 121, 126 (4th Cir. 2023) (providing standard of review). Accordingly, we affirm the district court's order.  *Quinn v. Hayes*, No. 7:23-cv-06174-HMH (D.S.C. Feb. 8, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*